1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    QUENTIN ELLIS POOR BEAR,

10                              Plaintiff,           Case No. C17-1229 RSM

11              v.

12   KENNY NAPIER, *et al*.,                          ORDER DISMISSING CIVIL RIGHTS
                                                     COMPLAINT
13                              Defendants.

14

15          The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

16   Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the

17   remaining record, hereby finds and ORDERS:

18          (1)     The Report and Recommendation is approved and adopted.

19          (2)     Plaintiff's complaint (Dkt. 5) and this action are DISMISSED, with prejudice,

20   pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to identify any cognizable claim for relief.

21   //

22   //

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

1    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2    James P. Donohue.

3         DATED this 8th day of December 2017.

4

5

6    RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2